29 So.2d 898

**Eliza HOWARD v. STATE.**

2 Div. 740.

Court of Appeals of Alabama.

Nov. 5, 1946.

Wm. N. McQueen, Atty. Gen., for the State.

CARR, Judge.

Appeal dismissed.

---

34 So.2d 869

**Matthew HOWARD v. STATE.**

4 Div. 44.

Court of Appeals of Alabama.

April 6, 1948.

W. R. Martin, of Ozark, for appellant.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.

Affirmed.

---

32 So.2d 179

**Pelham HUMPHREYS, alias Humphries, v. STATE.**

6 Div. 399.

Court of Appeals of Alabama.

April 29, 1947.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.

Appeal dismissed.

---

29 So.2d 898

**James HYDE v. STATE.**

8 Div. 539.

Court of Appeals of Alabama.

Oct. 29, 1946.

Wm. N. McQueen, Atty. Gen., for the State.

CARR, Judge.

Affirmed.

---

29 So.2d 898

**James HYDE v. STATE.**

8 Div. 543.

Court of Appeals of Alabama.

Oct. 29, 1946.

Wm. N. McQueen, Atty. Gen., for the State.

HARWOOD, Judge.

Affirmed.

---

32 So.2d 179

**James (alias Boots) HYDE v. STATE.**

8 Div. 580.

Court of Appeals of Alabama.

May 27, 1947.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.

Affirmed.